McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for Defendant
GEICO Secure Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*\*

| | |
|---|---|
| EILEEN SAEDIO, an individual, | Case No. 2:21-cv-00551-GMN-BNW |
| Plaintiff, | |
| v. | |
| GEICO SECURE INSURANCE COMPANY, a Nebraska Corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset
Road, Suite 350
Las Vegas, NV 89113

Case No. 2:21-cv-00551-GMN-BNW

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Re: <u>Saedio v. GEICO</u>
Case No.: 2:21-cv-00551-GMN-BNW

Each party will bear their own costs and attorneys' fees.

DATED this 27th day of January, 2022

                THE SCHNITZER LAW FIRM

                By     */s/ Jordan P. Schnitzer*
                       Jordan P. Schnitzer, NV Bar No. 10744
                       9205 W. Russell Road, Suite 240
                       Las Vegas, Nevada 89148
                       Tel. (702) 960-4050
                       Attorneys for Plaintiff

DATED this 28th day of January, 2022

                McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP

                By     */s/ Jonathan W. Carlson*
                       Jonathan W. Carlson, NV Bar No. 10536
                       Frank A Toddre, II, Esq., NV Bar No. 11474
                       Stacy Norris, Esq., NV Bar No. 15445
                       8337 West Sunset Road, Suite 350
                       Las Vegas, Nevada 89113
                       Tel. (702) 949-1100
                       Attorneys for Defendant

## **ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __28__ day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

8087935.1